

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

March 25, 2021

**VIA ECF**
Hon. Judge Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Sanchez v. Oars + Alps LLC; Case No: 1:20-cv-10160-LJL

Dear Judge Liman,

The undersigned represents Plaintiff Christian Sanchez (hereinafter "Plaintiff") in the above referenced matter.
The initial conference is set for April 2, 2021 at 11:00 a.m. By way of background, Plaintiff has recently received the affidavit of service from its process sever and has filed it on the docket. (#8) Defendant's answer is set for April 1, 2021. Accordingly, the undersigned is requesting an adjournment of the upcoming conference, to allow time for Defendant to appear or otherwise respond to the complaint.

Thank you for your time and consideration of the above request.

Respectfully submitted,

/s/ *Joseph H. Mizrahi*
Joseph H. Mizrahi, Esq.

GRANTED.  The initial pretrial conference previously scheduled for April 2, 2021 is ADJOURNED to April 13, 2021 at 2:00 p.m.

SO ORDERED.  3/26/2021.

LEWIS J. LIMAN
United States District Judge