```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/01/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
ROMERO,                                                           :
                                                                  :
                                                                  :
                        Plaintiff,                                :
                                                                  :     20-cv-10160 (LJL)
        -v-                                                       :
                                                                  :     ORDER
JASPER HILL FARM, LLC,                                            :
                                                                  :
                        Defendant.                                :
                                                                  :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      At a conference on April 13, 2021 at which no counsel appeared for Defendant, Plaintiff was directed to file a motion for default judgment by May 13, 2021. No motion has been filed.

      Plaintiff is directed to file a motion for default judgment two (2) weeks of this Order. Plaintiff is warned that if it does not file the motion and an amended declaration within the two weeks, this case will be dismissed for failure to prosecute.

Dated: October 1, 2021
      New York, New York
                                         LEWIS J. LIMAN
                                        United States District Judge